# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| DWAYNE STOVALL, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-20 |
| | * | |
| v. | * | |
| | * | |
| WARDEN ANTOINE CALDWELL; CHIEF COUNSELOR FREDERICK JOHNSON; UNIT MANAGER WILLIAMS; LIEUTENANT KING; LIEUTENANT SMITH; OFFICER YOUNGBLOOD; OFFICER CURRY; OFFICER MITCHELL; OFFICER TAYLOR; and WARDEN GRAMIAK, | * * * * * * * | |
| Defendants. | * | |

## ORDER

Plaintiff Dwayne Stovall ("Stovall"), an inmate housed at Ware State Prison in Waycross, Georgia, filed this cause of action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On March 11, 2016, Magistrate Judge R. Stan Baker recommended that the Court dismiss each of Plaintiffs claims, except his deliberate indifference claims against Defendants Taylor and Gramiak. Dkt. No. 6, pp. 11-12. Defendants Taylor and Gramiak then moved to dismiss the Complaint, based on Stovall's failure to exhaust administrative remedies. Dkt. No. 15. Then, on July 5, 2016, Stovall filed a Motion to Dismiss in which he voluntarily seeks

to dismiss his Complaint, dkt. no. 1, as well as his Motion to File Supplemental Complaint, dkt. no. 13, and Motion for a Preliminary Injunction and/or Temporary Restraining Order, dkt. no. 17.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby **GRANTS** Stovall's Motion to Dismiss, dkt. no. 24, and **DISMISSES** this case. All other pending Motions are **DENIED** as moot, and the Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA